**No. 10-71. Joan Jackson, Petitioner v. John McHugh, Secretary of the Army.**

562 U.S. 892, 131 S. Ct. 280, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6173.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 325 Fed. Appx. 213.